# Exhibit 3

| US9454741B2 | Wrike |
|---|---|
| <u>A method for tracking and displaying time critical information</u> comprising: | 

Source: *https://www.wrike.com/project-management-guide/project-management-basics/* |



Source: *https://www.wrike.com/project-management-guide/project-management-basics/*

Source: *https://www.wrike.com/templates/project-scheduling/*

| | |
|---|---|
| establishing a parent folder; establishing a child folder associated with the parent folder; | 

*Source:*  https://help.wrike.com/hc/article_attachments/16911089056663 |
| establishing an in-house product; | |

| | |
|---|---|
| | You can find your task ID in three places:<br><br>On the right hand side of a task header.<br><br><br><br>Source: https://help.wrike.com/hc/en-us/articles/4422740401687-Task-ID |
| associating at least one task with the in-house product; | |

| | |
|---|---|
| | <br><br>Source: https://help.wrike.com/hc/en-us/articles/4422740401687-Task-ID |
| associating products with the at least one task; | |

| | |
|---|---|
| | <br>*Source: https://www.wrike.com/project-management-guide/project-management-basics/* |
| associating labor codes with the at least one task; | |

| | |
|---|---|
| | **Overview**<br><br>Every task in Wrike has its own unique ID number that can be searched for and easily accessed. It may also be useful for identifying items in Wrike according to your own needs.<br><br>Simply enter your task ID in the search bar to find it, or go directly to a task's page by typing "https://www.wrike.com/open.htm?id=" into your address bar and include the task's ID at the end of the link.<br><br>To ensure that each task in the account has a unique identifier, task IDs are automatically assigned and cannot be edited.<br>*Source:* https://help.wrike.com/hc/en-us/articles/4422740401687-Task-ID |
| associating a first alert interval with the at least one task; | |

| |   Source: https://help.wrike.com/hc/en-us/articles/210324405-Email-Notifications |
|---|---|
| assigning a time trigger associated with the in-house product; | |



Source: *https://cdn.wrike.com/video/LP_Animation_Gantt-Chart_1x.mp4*

| starting a system clock and monitoring system time; and | |



Source: *https://www.wrike.com/project-management-guide/project-management-basics/*



Source: https://youtu.be/fMegP8KUtWs?t=62

Source: https://help.wrike.com/hc/en-us/articles/360014673593-Timesheets-in-Wrike

| | |
|---|---|
| changing the color of the child folder when system time equals or exceeds the first alert interval; and | <br><br>*Source:* https://www.wrike.com/project-management-guide/project-management-basics/ |

| | |
|---|---|
| | <br>*Source:* *https://www.wrike.com/project-management-guide/project-management-basics/* |
| changing the color of the parent folder when the child folder changes color. | |

*Source: https://www.wrike.com/project-management-guide/project-management-basics/*