# Exhibit 4

| US9805323B2 | Wrike |
|---|---|
| 1 <u>A method for tracking and displaying time critical information</u> comprising: |  |

| | | Title | Status | Duration | Effort | Time Spent |
|---|---|---|---|---|---|---|
| 1 | | Build new website | | | | |
| 2 | | Build wireframe | Completed | 3d | 26h | 20h |
| 3 | | Determine page str… | Completed | 1d | 8h | 8h |
| 4 | | Write copy placehol… | Completed | 2d | 14h | 12h |
| 5 | | Create content | Ready for review | 2d | 16h | 16h |
| 6 | | Develop pages | Accepted | 13d | 100h | 90h |
| 7 | | Define modules | In design | 4d | 30h | 28h |
| 8 | | Write code | In progress | 9d | 64h | 60h |
| 9 | | Test website | Waiting for others | 3d | 24h | 20h |
| 10 | | Upload to production | | | | |

*Source: https://www.wrike.com/project-management-guide/project-management-basics/*

| | |
|---|---|
| *establishing a parent folder*;<br>*establishing a child folder associated with the parent folder*; | <br><br>*Source:* https://help.wrike.com/hc/article_attachments/16911089056663 |

| | |
|---|---|
| correlating the child folder with a time critical task; | <br><br>Source: https://help.wrike.com/hc/article_attachments/16911089056663 |
| associating a first alert interval with the time critical task; | |

| | |
|---|---|
| | 

*Source:* https://help.wrike.com/hc/en-us/articles/210324405-Email-Notifications |
| **starting a system clock and monitoring system time**; | |



*Source*: https://youtu.be/fMegP8KUtWs?t=58;
https://help.wrike.com/hc/en-us/articles/360014673593-Timesheets-in-Wrike

changing an attribute of the child folder when system time equals or exceeds the first alert interval; and



|  | Source: https://www.wrike.com/project-management-guide/project-management-basics/ |
|---|---|
| changing an attribute of the parent folder when the attribute of the child folder changes. | Source: https://www.wrike.com/project-management-guide/project-management-basics/ |